UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR KASIANOV,<br><br>          Petitioner,<br><br>   v.<br><br>GAMBOA,<br><br>          Respondent. | No. 2:21-cv-00193-TLN-DB<br><br>**ORDER** |

      Petitioner, a state prisoner proceeding *pro se*, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On March 29, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 35.) Petitioner has filed objections to the findings and recommendations. (ECF No. 36.)

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed March 29, 2022, (ECF No. 35), are adopted in full;

2. Respondent's Motion to Dismiss (ECF No. 13) is GRANTED;

3. Petitioner's Motion to Stay (ECF No. 25) is DENIED;

4. Petitioner's Motions to Amend (ECF Nos. 31, 32) are DENIED as moot;

5. The Petition is DISMISSED without prejudice; and

6. Petitioner's Motion for a Certificate of Appealability (ECF No. 37) is DENIED.

**DATED: June 13, 2022**

Troy L. Nunley
United States District Judge